HELEN M. STAUB, Appellant, *v.* CITY OF NEW YORK, Respondent.

Submitted October 22, 1945; decided November 29, 1945.

*Ralph Stout, Joseph Rothbard* and *Louis Rothbard* for appellant.

*Ignatius M. Wilkinson, Corporation Counsel* (*Fred Iscol* and *James Hall Prothero* of counsel), for respondent.

Judgment affirmed, with costs; no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and DYE, JJ. Taking no part: MEDALIE, J.